No. 01–1676. ROEBLING LIQUORS, INC., ET AL. *v.* COMMISSIONER OF TAXATION AND FINANCE OF NEW YORK ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 01–1677. SPAULDING ET AL. *v.* UNITED TRANSPORTATION UNION ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–1678. RAYBURN *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 01–1681. CITY OF NEW YORK ET AL. *v.* WALSH. C. A. 2d Cir. Certiorari denied.

No. 01–1682. LIGHTNING OIL CO., LTD. *v.* HESS ENERGY, INC. C. A. 4th Cir. Certiorari denied.

No. 01–1683. BULLOCK *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 01–1684. MENDONCA *v.* MEDEIROS ET AL. C. A. 1st Cir. Certiorari denied.

No. 01–1686. CLASS FIVE NEVADA CLAIMANTS *v.* DOW CORNING CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–1688. FRIDAY ET UX. *v.* WHITTLE AND ROPER REAL ESTATE FIRM ET AL. Sup. Ct. Va. Certiorari denied.

No. 01–1689. GALLOWAY *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 01–1690. HILL *v.* AMERICAN MEDICAL ASSN. ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–1691. MONTES *v.* CITY OF HOUSTON. Sup. Ct. Tex. Certiorari denied.

No. 01–1692. MIDWEST GAS USERS' ASSN. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 01–1694. CAMP *v.* BRANCH BANKING & TRUST COMPANY OF VIRGINIA. C. A. 4th Cir. Certiorari denied.